[No. 20662-9-III.   Division Three.   March 6, 2003.]

KENNETH LIZOTTE, ET AL., *Plaintiffs*, RANDY LAMAR, ET AL., *Respondents*, v. JAMES SCHUMACHER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-00454-2, Robert N. Hackett, Jr., J., entered November 5, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[Nos. 20687-4-III; 21034-1-III.   Division Three.   March 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO JEROME EVERETTE, *Appellant*.

*In the Matter of the Personal Restraint of* WINTO JEROME EVERETTE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01806-1, Michael E. Donohue, J., entered November 9, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20711-1-III.   Division Three.   March 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRACH EDWARD NORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00554-6, Kathleen M. O'Connor, J., entered November 28, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.